JEFFREY MARGULIES (BAR NO. 126002)
YI (EVA) YANG (BAR NO. 306215)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
jeff.margulies@nortonrosefulbright.com
eva.yang@nortonrosefulbright.com

TIMOTHY M. KENNY (*pro hac vice* to be submitted)
**NORTON ROSE FULBRIGHT US LLP**
RBC Plaza
60 South Sixth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: (612) 321-2805
Facsimile: (612) 321-2288
tim.kenny@nortonrosefulbright.com

Attorneys for Plaintiff, Fair Isaac Corporation

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR ISAAC CORPORATION,<br><br>            Plaintiff,<br><br>      v.<br><br>DEFICO, INC.,<br><br>            Defendant. | Civil Action No.<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiff Fair Isaac Corporation ("FICO"), by and through its attorneys, for its Complaint against Defendant DeFico, Inc. ("DeFico") alleges as follows:

## PRELIMINARY STATEMENT

1.    This lawsuit is an action for trademark infringement, dilution, unfair competition, and violation of the Anti-Cybersquatting Consumer Protection Act under the Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq.* ("Lanham Act"), for trademark dilution and injury to business reputation under Cal. Bus. &

DOCUMENT PREPARED
ON RECYCLED PAPER

Prof. Code § 14330, for trademark infringement and unfair competition under the common law of California, and for unjust enrichment.

2.    FICO owns the trademarks FICO, MYFICO and ULTRAFICO (collectively the "FICO Marks"). DeFico is willfully infringing and diluting the FICO Marks and unfairly competing with FICO through DeFico's use of "DeFico."

**PARTIES**

3.    FICO is a Delaware corporation having its principal place of business at 181 Metro Drive, Suite 700, San Jose, CA 95110.

4.    Upon information and belief, DeFico, Inc. is a Delaware corporation having its principal place of business at 1 Park Plaza, Suite 600, Irvine, CA 92614.

**JURISDICTION**

5.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338, and 15 U.S.C. 1121.

6.    This Court has jurisdiction over FICO's state law claims pursuant to 28 U.S.C. § 1367 and the doctrine of supplemental jurisdiction.

7.    The exercise of general personal jurisdiction in California is proper pursuant to 28 U.S.C. § 1391 because DeFico has purposefully availed itself of the rights and benefits of California law, including, for example: (i) by employing at least one individual in this judicial district; and (ii) by regularly doing business or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from products and services provided to individuals in this judicial district and in this state. The exercise of specific personal jurisdiction in California is also proper because the acts of infringement, dilution and unfair competition complained of herein are being committed, at least in part, in California.

**VENUE**

8.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 139l(b) and 1400(b), because FICO regularly conducts business in this judicial district and because certain of the acts complained of herein occurred in this judicial district.

## **FICO'S USE AND REGISTRATION OF MARKS**

9.     Fair Isaac Corporation has been an industry leader in providing business analytics solutions since 1956, when it was founded.

10.    Over time, such solutions have encompassed a wide variety of services aimed at numerous industries and consumers, including but not limited to consumer credit solutions (including credit scoring and related services), fraud detection and management solutions, cybersecurity analytics tools, authentication products, decision rules management tools, such as software, consumer behavior predictions, credit scores, decision management applications, model development, and decision optimization tools.

11.    Credit scoring and related services have been a central and key element of FICO's business for over sixty years and continue to be so.

12.    Over the past 25 years, FICO has established itself throughout the United States and globally as a leading provider of credit scoring services in connection with the FICO mark. FICO provides its FICO credit scoring services to both individual consumers who receive credit scores, and the financial institutions and other businesses that use those scores to analyze risk and inform their lending decisions, including in connection with automotive vehicle purchases. The FICO mark is widely-used and widely-known throughout the financial services industry.

13.    FICO has continuously, extensively and exclusively used the name FICO and the FICO mark since at least as early as 1995 in connection with credit scoring services. Since then, FICO's use of the FICO mark has expanded to cover a large number and wide variety of goods and services, in many industries and markets in the United States and around the world.

14.    In 2009, Fair Isaac changed its house mark and trade name from FAIR ISAAC to FICO; from that point to the present every single product and service of the company has been and is offered in connection with the FICO house mark.

15.    In addition to the FICO mark, FICO also uses and owns other marks that

contain "FICO," including MYFICO and ULTRAFICO (collectively, the "FICO Marks").

16.    FICO markets and sells its FICO products and services to both consumers and businesses.

17.    FICO works with thousands of companies in over 120 countries to provide scores, solutions, software, and consulting services.

18.    FICO's institutional clients include two-thirds of the largest 100 banks in the world; the vast majority of the largest financial institutions and credit card issuers in the United States; more than 300 retailers and general merchandisers; more than 200 government or public agencies; more than 200 healthcare and pharmaceuticals companies, including nine of the world's top ten pharmaceuticals companies; and more than 600 insurers, including nine of the top ten U.S. property and casualty insurers.

19.    FICO's consumer services are marketed to an estimated 200 million U.S. consumers whose credit relationships are reported to the three major U.S. credit reporting agencies.

20.    FICO has advertised or promoted its goods and services in connection with the FICO Marks through numerous forms of media, including but not limited to the Internet, newspapers, magazines, industry analyst reports, trade publications, television and other web and print advertising.

21.    FICO markets and sells its FICO goods and services through numerous trade channels, including but not limited to directly (through FICO's sales representatives) and through third parties (e.g., the credit bureaus, alliance partners, resellers, etc.) and through FICO's website, newspapers, trade publications, trade conferences, industry analyst reports, television and other web and print advertising.

22.    FICO scores are used in the majority of U.S. credit decisions, by nearly all of the major banks, credit card organizations, mortgage lenders, and auto loan originators.

23.    Through the FICO Score Open Access program, which allows participating clients to provide their customers with a free FICO score, more than 240 million consumers have access to their FICO scores.

24.    In its fiscal year 2020, FICO had revenues of $1.29 billion, and employed approximately 4,000 people in offices in the U.S. and worldwide.

25.    As a result of the extensive use and promotion of the FICO Marks by FICO, the FICO Marks distinguish FICO and its products and services from the products and services of other businesses.

26.    As a result of these efforts by FICO, consumers in California and throughout the United States recognize and associate the FICO Marks with FICO and its products and services.

27.    As a result of FICO's extensive use and promotion of the FICO Marks in California and elsewhere, FICO has acquired valuable common law rights in the FICO Marks.

28.    FICO has developed an enormous amount of goodwill in its FICO Marks.

29.    The FICO Marks are extremely well-known and respected by consumers.

30.    The FICO Marks represent FICO's commitment to providing reliable and standardized financial information, data analytics, and risk and business management advice.

31.    The FICO Marks are famous.

32.    In accordance with federal law, FICO has registered the following FICO Marks on the Principal Register of the United States Patent and Trademark Office:

DOCUMENT PREPARED ON RECYCLED PAPER

| MARK | REG. NO. | SERVICES | ISSUE DATE |
|---|---|---|---|
| FICO | 2,273,432 | **Class 36:** Consultation services in the field of financial information, namely, providing credit scoring services. | August 31, 1999 |
| FICO | 2,573,131 | **Class 35:** Business information services; information storage and retrieval in the field of modeling, scoring and analytics, marketing and solicitation, account origination, account management and customer management, risk management, portfolio management, communications management and data management; statistical forecasting and analysis; business consultation, preparing business reports and management consultation; **Class 36:** Financial analysis and consultation; financial information provided by electronic means; risk management; consultation on debt recovery and collection; **Class 41:** Education and training in the field of modeling, scoring and analytics, marketing and solicitation, account | May 28, 2002 |

DOCUMENT PREPARED
ON RECYCLED PAPER

| MARK | REG. NO. | SERVICES | ISSUE DATE |
|------|----------|----------|------------|
| | | origination, account management and customer management, risk management, portfolio management, communications management and data management. | |
| MYFICO | 2,714,565 | **Class 35:** Providing business information services in the fields of modeling, scoring, and analytics, credit risk management, and statistical forecasting and analysis; **Class 36:** Financial analysis and consultation; financial information provided by electronic means; credit risk management; **Class 41:** Educational services, namely, conducting e-mail, website, public educational forums, and conferences in the use of scoring and analytics, and credit risk management; **Class 42:** Data mining and data warehousing services, namely, using proprietary software to evaluate, analyze, and collect data for use in modeling, scoring, and analytics, and credit risk management; providing online newsletters in the | May 6, 2003 |

DOCUMENT PREPARED
ON RECYCLED PAPER

COMPLAINT AND DEMAND FOR JURY TRIAL

| MARK | REG. NO. | SERVICES | ISSUE DATE |
|---|---|---|---|
| | | fields of modeling, scoring, and analytics. | |
| FICO | 2,989,390 | **Class 9:** Computer software in the field of credit scoring for use in creating and implementing business decision processes, risk management, evaluating credit ratings, score computation, score strategy and management and credit marketing in the field of financial services, insurance, telecommunications and retail industries. | August 30, 2005 |
| FICO | 4,032,019 | **Class 9:** Computer software in the field of credit scoring for use in creating and implementing business decision processes, risk management, evaluating credit ratings, score computation, score strategy and management and credit marketing; computer software for use in credit application processing; computer software for account management; computer software for use in rendering business and financial information; graphical user interface software for use with various database software; computer software which acts as a decision support system for determining account origination; | September 27, 2011 |

DOCUMENT PREPARED
ON RECYCLED PAPER

| MARK | REG. NO. | SERVICES | ISSUE DATE |
|------|----------|----------|------------|
|  |  | software and enterprise software applications for use in monitoring, tracking, detecting, preventing and managing fraud in credit transactions, identity theft and other types of fraud in connection with credit grantors, financial and lending institutions, and insurance companies, insurance providers and insurance payors; scorecard development, score computation, scorecard management and strategy support software for use in making credit, lending and insurance decisions; computer programs in the field of investment and risk analysis for financial institutions, namely, asset and liability analysis of current performance measurements and risk management projections and queuing and case management software; computer software for business applications for use in automation, management and maintenance of business rules and business policies; software for predictive modeling, business rules management, business rules execution and design of business rules and strategy trees, all for use in business |  |

DOCUMENT PREPARED ON RECYCLED PAPER

COMPLAINT AND DEMAND FOR JURY TRIAL

| MARK | REG. NO. | SERVICES | ISSUE DATE |
|------|----------|----------|------------|
| | | decision automation and control systems; providing downloadable online newsletters in the fields of modeling, scoring, and analytics, financial information, risk analysis, risk management, credit scoring, credit management, and statistical and economic forecasting and analysis, fraud, and business decision processes and management; **Class 16:** Printed publications, namely, user manuals for computer software, customer training manuals, research publications and newsletters, all in the field of financial information and risk analysis; publications and printed materials, namely, brochures, booklets, manuals, pamphlets, periodicals, newsletters, leaflets, informational sheets, and guides in fields of modeling, scoring, and analytics, financial information, risk analysis, risk management, credit scoring, credit management, and statistical and economic forecasting and analysis, fraud, and business decision processes and management; | |

DOCUMENT PREPARED
ON RECYCLED PAPER

| MARK | REG. NO. | SERVICES | ISSUE DATE |
|---|---|---|---|
|  |  | **Class 35:** Computerized database management; business information services; economic and statistical forecasting and analysis; business consultation; preparing business reports and management consultation; data marketing services, namely, providing statistical reports and marketing data evaluation for others by means of computer; providing statistical information for mortgage eligibility through a rating system; business services, namely, providing predictive modeling in the fields of marketing strategies, marketing communications and marketing campaigns; providing predictive modeling services to facilitate customer risk assessment and customer account management;<br><br>**Class 36:** Credit scoring services; credit risk management services; financial analysis and consultation; financial information provided by electronic means; providing information in the fields of credit rating in the nature of modeling, scoring and analytics; financial risk |  |

DOCUMENT PREPARED ON RECYCLED PAPER

| MARK | REG. NO. | SERVICES | ISSUE DATE |
|------|----------|----------|------------|
| | | management; financial portfolio management; providing information about credit scores and credit management; financial management; consultation on debt recovery and collection; financial and insurance risk analysis services, namely, scorecard development, computation and management; evaluating credit risks through use of algorithms; evaluation of credit risk data to determine mortgage risk; evaluating credit bureau data for credit grantors, financial and lending institutions, insurance companies, insurance providers and insurance payors; credit bureau score updating services; small business credit risk scoring services; consultation services in the field of financial information; financial consulting services in the field of portfolio risk and profits for consumer credit lenders, namely, product planning, account acquisition, management and collections, and management information system and organizational structure; information services in the field of credit scoring, customer credit | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Document Prepared on Recycled Paper

| MARK | REG. NO. | SERVICES | ISSUE DATE |
|------|----------|----------|------------|
| | | evaluation and customer collections;<br><br>**Class 41:** Educational services in the field of risk management for consumer credit lenders, namely, conducting seminars and in-house training; education and training in the fields of modeling, scoring and analytics, marketing and solicitation, account origination, account management and customer management, risk management, credit risk management, portfolio management, communications management and data management in the nature of classes, seminars and workshops; educational services, namely, conducting classes, seminars, and conferences in the nature of creation and execution of business decision processes using analytical models, data management and software for marketing, customer management and business management; educational services, namely, conducting e-mail, website, public educational forums, and conferences in the use of scoring and analytics, and credit risk management; | |

Document Prepared on Recycled Paper

| MARK | REG. NO. | SERVICES | ISSUE DATE |
|------|----------|----------|------------|
|      |          | educational services in the field of risk management for consumer credit lenders, namely, the conducting of seminars and in-house training; providing online newsletters in the fields of modeling, scoring, and analytics, financial information, risk analysis, risk management, credit scoring, credit management, and statistical and economic forecasting and analysis, fraud, and business decision processes and management; **Class 42:** Computer programming and software design and development; computer systems analysis and consultation; web-hosting services; data mining and data warehousing services, namely, using proprietary software to evaluate, analyze and collect data for use in modeling, scoring and analytics, marketing and solicitation, account origination, account management and customer management, risk management, credit risk management, portfolio management, communications management and data management; providing |  |

101843119.1

DOCUMENT PREPARED ON RECYCLED PAPER

| MARK | REG. NO. | SERVICES | ISSUE DATE |
|---|---|---|---|
| | | temporary use of online non-downloadable software for use in accessing and searching databases in the fields of modeling, scoring and analytics, marketing and solicitation, account origination, account management and customer management, risk management, credit risk management, portfolio management, communications management and data management; providing temporary use of on-line non-downloadable software for business applications for use in automation, management and maintenance of business rules and business policies; providing temporary online use of non-downloadable software for predictive modeling in the fields of customer marketing, customer business strategy decisions, customer account management and customer risk assessment; providing temporary use of online non-downloadable software for use in monitoring, tracking, detecting, preventing and managing fraud in credit transactions, identity theft and other types of fraud in connection with credit | |

DOCUMENT PREPARED
ON RECYCLED PAPER

| MARK | REG. NO. | SERVICES | ISSUE DATE |
|------|----------|----------|------------|
| | | grantors, financial and lending institutions, and insurance companies, insurance providers and insurance payors; providing temporary use of online non-downloadable software for predictive modeling, business rules management, business rules execution and design of business rules and strategy trees, all for use in business decision automation and control systems; development of customized software for others for use in monitoring, tracking, detecting, preventing and managing fraud; business information searching and retrieval in the field of modeling, scoring and analytics, credit risk management, risk management, marketing and solicitation, account origination, account management and customer management, portfolio management, communications management and data management for others;<br><br>**Class 45:** Fraud detection services using data warehousing, data mining and predictive modeling software, all for use in monitoring, tracking, | |

DOCUMENT PREPARED
ON RECYCLED PAPER

| MARK | REG. NO. | SERVICES | ISSUE DATE |
|------|----------|----------|------------|
|  |  | detecting, preventing and managing fraud and identity theft in the fields of credit fraud, credit card fraud, debit card fraud, check fraud, identity theft, mortgage fraud, and banking fraud. |  |

33.   Each of the registrations listed above is valid, subsisting, and incontestable pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065.

34.   In addition to its federal registrations, FICO is the owner of the following pending U.S. Trademark Application:

| MARK | SER. NO. | SERVICES | FILED |
|------|----------|----------|-------|
| ULTRAFICO | 88/230,457 | **Class 9:** Computer software in the field of credit scoring for use in creating and implementing business decision processes, risk management, evaluating credit ratings, score computation, score strategy and management and credit marketing; scorecard development, score computation, scorecard management and strategy support software for use in making credit, lending and insurance decisions; computer programs in the field of investment and risk analysis for financial institutions, namely, asset and liability analysis of | December 14, 2018 |

DOCUMENT PREPARED
ON RECYCLED PAPER

| MARK | SER. NO. | SERVICES | FILED |
|------|----------|----------|-------|
|  |  | current performance measurements and risk management projections and queuing and case management software; providing downloadable online newsletters in the fields of modeling, scoring, and analytics, financial information, risk analysis, risk management, credit scoring, credit management, and statistical and economic forecasting and analysis; computer software in the field of credit scoring for use in creating and implementing business decision processes, risk management, evaluating credit ratings, score computation, score strategy and management and credit marketing in the field of financial services, insurance, telecommunications and retail industries; **Class 16:** Publications and printed materials, namely, brochures, booklets, manuals, pamphlets, periodicals, newsletters, leaflets, informational sheets, and guides in fields of modeling, scoring, and analytics, financial |  |

COMPLAINT AND DEMAND FOR JURY TRIAL

| MARK | SER. NO. | SERVICES | FILED |
|------|----------|----------|-------|
| | | information, risk analysis, risk management, credit scoring, credit management, and statistical and economic forecasting and analysis;<br><br>**Class 35:** Computerized database management; business information services; economic and statistical forecasting and analysis; preparing business reports and management consultation; data marketing services, namely, providing statistical reports and marketing data evaluation for others by means of computer; providing statistical information for mortgage eligibility through a rating system; business services, namely, providing predictive modeling in the fields of marketing strategies, marketing communications and marketing campaigns; providing predictive modeling services to facilitate customer risk assessment and customer account management;<br><br>**Class 36:** Credit scoring services; credit risk management services; | |

DOCUMENT PREPARED
ON RECYCLED PAPER

| MARK | SER. NO. | SERVICES | FILED |
|------|----------|----------|-------|
|      |          | financial analysis and consultation; financial information provided by electronic means; providing information in the fields of credit rating in the nature of modeling, scoring and analytics; financial risk management; financial portfolio management; providing information about credit scores and credit management; financial management; financial and insurance risk analysis services, namely, scorecard development, computation and management; evaluating credit risks through use of algorithms; evaluation of credit risk data to determine mortgage risk; evaluating credit bureau data for credit grantors, financial and lending institutions, insurance companies, insurance providers and insurance payors; credit bureau score updating services; small business credit risk scoring services; information services in the field of credit scoring, customer credit evaluation and customer collections; consultation services in | |

Document Prepared on Recycled Paper

| MARK | SER. NO. | SERVICES | FILED |
|------|----------|----------|-------|
| | | the field of financial information; financial consulting services in the field of portfolio risk and profits for consumer credit lenders, namely, product planning, account acquisition, management and collections, and management information system and organizational structure, namely, providing credit scoring services;<br><br>**Class 41:** Educational services in the field of risk management for consumer credit lenders, namely, conducting seminars and in-house training; education and training in the fields of modeling, scoring and analytics, marketing and solicitation, account origination, account management and customer management, risk management, credit risk management, portfolio management, communications management and data management in the nature of classes, seminars and workshops; educational services, namely, conducting classes, seminars, and conferences in the nature of creation | |

COMPLAINT AND DEMAND FOR JURY TRIAL

DOCUMENT PREPARED ON RECYCLED PAPER

| MARK | SER. NO. | SERVICES | FILED |
|------|----------|----------|-------|
|  |  | and execution of business decision processes using analytical models, data managements and software for marketing, customer management and business management, educational services, namely, conducting e-mail, website, public educational forums, and conferences in the use of scoring and analytics, and credit risk management; educational services in the field of risk management for consumer credit lenders, namely, the conducting of seminars and in-house training; providing online newsletters in the fields of modeling, scoring, and analytics, financial information, risk analysis, risk management, credit scoring, credit management, and statistical and economic forecasting and analysis, fraud, and business decision processes and management; education and training in the field of modeling, scoring and analytics, marketing and solicitation, account origination, account management and customer management, risk |  |

101843119.1

Document Prepared on Recycled Paper

| MARK | SER. NO. | SERVICES | FILED |
|------|----------|----------|-------|
| | | management, portfolio management, communications management and data management, namely, conducting workshops and seminars; <br><br> **Class 42:** Computer programming and software design and development; computer systems analysis and consultation; web-hosting services; data mining and data warehousing services, namely, using proprietary software to evaluate, analyze and collect data for use in modeling, scoring and analytics, marketing and solicitation, account origination, account management and customer management, risk management, credit risk management, portfolio management, communications management and data management; providing temporary use of online non-downloadable software for use in accessing and searching databases in the fields of modeling, scoring and analytics, marketing and solicitation, account origination, account | |

DOCUMENT PREPARED ON RECYCLED PAPER

101843119.1

- 23 -

COMPLAINT AND DEMAND FOR JURY TRIAL

| MARK | SER. NO. | SERVICES | FILED |
|------|----------|----------|-------|
| | | management and customer management, risk management, credit risk management, portfolio management, communications management and data management; providing temporary online use of non-downloadable software for predictive modeling in the fields of customer marketing, customer business strategy decisions, customer account management and customer risk assessment; business information searching and retrieval in the field of modeling, scoring and analytics, credit risk management, risk management, marketing and solicitation, account origination, account management and customer management, portfolio management, communications management and data management for others; computerized business information storage and retrieval in the field of modeling, scoring and analytics, marketing and solicitation, account origination, account management and customer management, risk | |

COMPLAINT AND DEMAND FOR JURY TRIAL

| MARK | SER. NO. | SERVICES | FILED |
|------|----------|----------|-------|
|      |          | management, portfolio management, communications management and data management. |       |

## DEFENDANT'S INFRINGING ACTIVITIES

35.    On September 21, 2020, DeFico incorporated in Delaware as "DeFico, Inc."

36.    DeFico adopted and is using "DEFICO" as a corporate name, trade name, trademark and domain name.

37.    DeFico is a company that defines itself as a "points-based lending platform" whose aim is "disrupting the entire concept of financing" and replacing the "antiquated credit score and lending system" by promising to "beat[s] finance institutions at their own game," and "remove[s] the traditional method of utilizing a borrower's FICO® score to evaluate their potential." A true and correct screenshot of DeFico's website from January 11, 2021 located at the domain name defico.com is attached hereto as Exhibit A.

38.    On December 7, 2020, DeFico filed U.S. Application Serial No. 90364444 in the U.S. Patent and Trademark Office for the mark "DEFICO" in Class 36, for "*Financial analysis, namely, compiling and analyzing statistics, data and other sources of information for financial purposes; Financial credit scoring services; Financial information and evaluations; Financial services, namely, microfinance lending services; Financial services, namely, vehicle title loan,*" alleging a date of first use of December 31, 2017 and a date of first use in commerce of October 31, 2020.

39.    The domain name defico.com was created on December 31, 2017.

40.    However, the copyright notice on DeFico's website located at defico.com indicates "© 2020," and records of the WAYBACK machine located at

DOCUMENT PREPARED ON RECYCLED PAPER

Archive.org show no copies of the website before 2020.

41.    Therefore, on information and belief, DeFico did not actually begin using "DEFICO" as a mark, name, or domain name until recently, in late 2020.

42.    In addition to DeFico's U.S. trademark application and domain name, DeFico is using the "DEFICO" mark on its website – and was using the FICO mark on that website until recently – all without authorization from FICO.

43.    On January 12, 2021, FICO's attorneys sent a cease and desist letter to DeFico's attorney regarding DeFico's unauthorized uses of the "DEFICO" mark and FICO mark. A true and correct copy of this letter is attached as Exhibit B.

44.    On January 19, 2021, DeFico's attorney sent FICO's attorney an email indicating that her client had removed all references to the FICO trademark from DeFico's website, but that she needed more time to discuss the issues raised in FICO's January 12 letter, and asking FICO to agree to a 10-day extension for DeFico to respond. Later that day, FICO's attorney responded and agreed to the request.  A true and correct copy of this email exchange is attached as Exhibit C.

45.    On January 26, 2021, DeFico responded to FICO's cease and desist letter. Although DeFico acknowledged that FICO has continuously, extensively, and exclusively used the FICO Marks, and that the FICO Marks are famous, DeFico refused to cease use of the "DEFICO" mark or domain name. A true and correct copy of the letter from DeFico is attached as Exhibit D.

46.    DeFico's application and use of DEFICO in the United States constitutes use of the FICO mark in commerce.

47.    DeFico's application and use of DEFICO in California constitutes transacting business in California.

48.    The FICO Marks have priority over DeFico's "DEFICO" mark.

49.    DeFico's Application for the "DEFICO" mark asserts a date of first use of December 31, 2017, and a date of first use in commerce of October 31, 2020.

50.    In contrast, FICO has continuously, extensively, and exclusively used

the FICO Marks since at least as early as 1995.

51.    DeFico's adoption and use of DEFICO commenced long after FICO had developed valuable trademark rights in the FICO Marks and had obtained registrations for the FICO Marks.

52.    FICO's 1995 priority date is long before the first use date alleged by DeFico.

53.    FICO's 1995 priority date is long before the date DeFico filed U.S. Application Serial No. 90364444 for the "DEFICO" mark.

54.    FICO's rights in and use of the FICO Marks are long prior to any other date DeFico may claim as a priority date for the "DEFICO" mark.

55.    DeFico's unauthorized use of the "DEFICO" mark, name and domain name began long after FICO's FICO mark had become famous.

56.    In light of FICO's prior registrations of the FICO Marks, DeFico was on constructive notice of FICO's rights in the FICO Marks at the time DeFico adopted and began using "DEFICO."

57.    On information and belief, DeFico was on actual notice of FICO's rights in the FICO Marks at the time DeFico adopted and began using "DEFICO."

58.    Nevertheless, DeFico intentionally adopted and is using "DEFICO" in at least the ways alleged above.

59.    The "DEFICO" mark, name, and domain name are likely to cause confusion with the FICO Marks.

60.    The FICO Marks are strong and famous.

61.     DeFico's use of "DEFICO" contains and fully incorporates "FICO."

62.    The "DEFICO" mark is confusingly similar to the FICO Marks.

63.    The services offered and sold by DeFico in connection with the "DEFICO" mark are the same, similar, related to, or within the zone of natural expansion of the products and services offered by FICO in connection with the FICO Marks.

64.    DeFico markets its services as an alternative to and in competition with FICO's products and services.

65.    DeFico markets and offers its services to the same relevant purchasers that FICO markets and offers its products and services to.

66.    DeFico markets and sells its services through the same trade channels that FICO markets and sells its products and services.

67.    By wholly incorporating the FICO Marks in its company name, trademark, and domain name, and using the FICO Marks prominently and repeatedly on its website and website advertising, DeFico is intentionally referencing and trading on FICO's reputation and goodwill.

68.    By wholly incorporating the FICO Marks in its domain name, DeFico is using the goodwill of the FICO Marks to divert Internet traffic to its website and confuse consumers for its own financial gain.

69.    DeFico's infringing activity, including, without limitation, explicit and unauthorized reference to FICO and use of the FICO Marks in its marketing materials, was willfully and purposefully undertaken to reference and trade on FICO's reputation.

## EFFECT OF DEFENDANT'S ACTIVITIES ON FICO AND THE CONSUMING PUBLIC

70.    DeFico's unauthorized use of the FICO Marks in connection with the offer for sale and sale of DeFico's financial products and services is likely to cause confusion or mistake among relevant customers as to the affiliation, connection, and association between the parties.

71.    DeFico's unauthorized use of DEFICO as a corporate name, trade name, trademark, and domain name in connection with the offer for sale and sale of DeFico's financial products and services is likely to cause confusion or mistake among relevant customers as to the affiliation, connection, and association between the parties.

72.    DeFico's infringing conduct, described herein, is likely to cause confusion, to cause mistake, and/or to deceive consumers, at least as to some affiliation, connection, or association of DeFico with FICO, or as to the origin, sponsorship, or approval of the products and/or services of DeFico by FICO.

73.    DeFico's infringing conduct, described herein, falsely indicates to consumers that DeFico's goods and services are affiliated, connected, or associated with FICO, or are sponsored, endorsed, or approved by FICO, or are in some manner related to FICO.

74.    DeFico's infringing conduct, described herein, enables DeFico to trade on and receive the benefit of goodwill in the FICO Marks, which has been built up at great labor and expense over more than 25 years. DeFico's use of this mark in the manner described herein also enables DeFico to gain acceptance for its or services, not solely on their own merits, but on the reputation and goodwill of FICO and the FICO Marks.

75.    DeFico's infringing conduct, described herein, prevents FICO from controlling the nature and quality of goods and/or services provided as a result of those uses and places the valuable reputation and goodwill of FICO in the hands of DeFico, over whom FICO has no control.

76.    DeFico's unauthorized use of the FICO Marks is likely to dilute of the distinctive quality of FICO's FICO Marks.

77.    DeFico's unauthorized use of the FICO Marks unjustly enriches DeFico at FICO's expense.

78.    DeFico's unauthorized use of the FICO Marks is likely to injure FICO's business reputation.

79.    Unless these acts of DeFico are restrained by this Court, they will continue, and they will continue to cause irreparable injury to FICO and to the public for which there is no adequate remedy at law.

## COUNT 1: FEDERAL TRADEMARK INFRINGEMENT

80.    FICO repeats the allegations above as if fully set forth herein.

81.    The acts of DeFico complained of herein constitute infringement of FICO's federally registered FICO Marks in violation of 15 U.S.C. § 1114(1).

82.    DeFico's acts complained of herein have been malicious, fraudulent, deliberate, willful, intentional, and in bad faith, with full knowledge and conscious disregard of FICO's rights in the FICO Marks, and with an intent to cause confusion and to trade on FICO's vast goodwill in the FICO Marks. In view of the egregious nature of DeFico's infringement, this is an exceptional case within the meaning of 15 U.S.C. § 1117(a).

## COUNT II: FEDERAL DILUTION

83.    FICO repeats the allegations above as if fully set forth herein.

84.    The acts of DeFico complained of herein cause dilution of the distinctive quality of FICO's famous FICO mark, in violation of the Federal Trademark Dilution Act, 15 U.S.C. § 1125(c).

85.    DeFico willfully intended to trade on FICO's reputation and to cause dilution of FICO's famous FICO mark.

## COUNT III: FEDERAL UNFAIR COMPETITION

86.    FICO repeats the allegations above as if fully set forth herein.

87.    The acts of DeFico complained of herein constitute unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

88.    DeFico's unfair competition has been willful and malicious, thus making this an exceptional case under 15 U.S.C. § 1117(a).

## COUNT IV: VIOLATION OF FEDERAL ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT

89.    FICO repeats the allegations above as if fully set forth herein.

90.    The acts of DeFico complained of herein constitute a violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

DOCUMENT PREPARED ON RECYCLED PAPER

## **COUNT IV: INJURY TO BUSINESS REPUTATION AND DILUTION UNDER CALIFORNIA LAW**

91.     FICO repeats the allegations above as if fully set forth herein.

92.     The acts of DeFico complained of herein constitute injury to FICO's business reputation of the FICO Marks, and dilution of the FICO Marks, in violation of Bus. & Prof. Code § 14330.

## **COUNT V: TRADEMARK AND TRADE NAME INFRINGEMENT UNDER THE COMMON LAW OF CALIFORNIA**

93.     FICO repeats the allegations above as if fully set forth herein.

94.     The acts of DeFico complained of herein constitute trademark and trade name infringement in violation of the common law of California. Such infringement has been willful and malicious.

## **COUNT VI: UNFAIR COMPETITION UNDER THE COMMON LAW OF CALIFORNIA**

95.     FICO repeats the allegations above as if fully set forth herein.

96.     The acts of DeFico complained of herein constitute unfair competition in violation of the common law of California.

## **COUNT VII: UNJUST ENRICHMENT**

97.     FICO repeats the allegations above as if fully set forth herein.

98.     The acts of DeFico complained of herein constitute unjust enrichment of Defendant at FICO's expense.

## **PRAYER FOR RELIEF**

WHEREFORE, FICO requests judgment against DeFico as follows:

A.     DeFico, its agents, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with them, be preliminarily and permanently enjoyed and restrained from (i) using any trademark, corporate name, trade name, domain name, social media handle or any other indicia of source comprising of or incorporating "DEFICO," "FICO," or any term confusingly similar,

phonetically similar, or that constitutes a misspelling or variation of FICO Marks; and (ii) using any other mark, corporate name, trade name, domain name, social media handle, or any other indicia of source that is confusingly similar to or likely to dilute the distinctive quality of the FICO Marks;

B.     FICO recover the actual damages it has sustained as a result of DeFico's activities;

C.     FICO recover maximum statutory damages under the Lanham Act in the amount of $100,000 for each violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), for a minimum amount of $100,000;

D.     An accounting be directed to determine DeFico's profits resulting from its activities and that such profits be paid over to FICO, increased as the court finds to be just under the circumstances of this case;

E.     FICO recover three times DeFico's profits made as a result of DeFico's wrongful actions or three times FICO's actual damages, whichever is greater;

F.     This case be deemed an exceptional case under 15 U.S.C. § 1117(a) and (b), and that FICO recover its reasonable attorney fees, costs and expenses;

G.     The Court enter an order requiring DeFico to pay FICO pre-judgment and post-judgment interest on the damages awarded; and

H.     The Court enter an order awarding FICO such other and further relief as the Court deems just and equitable.

## **DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38, FICO hereby demands a trial by jury of all issues in this action so triable.

1    Dated: February 26, 2021          Respectfully Submitted,

2                                      JEFFREY MARGULIES
                                       YI (EVA) YANG
3
                                       TIMOTHY M. KENNY
4                                      **NORTON ROSE FULBRIGHT US LLP**

5

6
                                       By    /s/ Jeffrey Margulies
7                                         Jeffrey Margulies
                                          Attorneys for Plaintiff
8                                         FAIR ISAAC CORPORATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

COMPLAINT AND DEMAND FOR JURY TRIAL